NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD KING,                          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-1377
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____ )

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Edward King, pro se.

Ashley Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.